|  |  |  |
|---|---|---|
| JAMES EVANS, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>Circle Graphics, Inc.,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | **United States District Court<br>Northern District of Illinois**<br><br><br>Case No.: 1:25-cv-11014<br><br><br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE**, that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

Dated: February 2, 2026

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ David B. Reyes**

By: David B. Reyes, Esq.

68-29 Main Street,

Flushing, NY 11367

O: (844) 731-3343

C: (630)-478-0856

Email: Dreyes@ealg.law